UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY SALERNO,

    Plaintiff,

vs.                                             Case No. 8:04-cv-1056-T-24 MAP

AUTO OWNERS INSURANCE
COMPANY, ET AL.

    Defendants.
_____/

**ORDER**

This cause comes before the Court on Auto Owners' Motion to Exclude Testimony of Daniel P. Mitchell as an Insurance Expert. (Doc. No. 157). The Truitt Defendants oppose the motion. (Doc. No. 160).

In this motion, Auto Owners seeks to prohibit Mitchell from testifying as an insurance claims expert and opining as to what an experienced claims adjuster should have done insofar as adjusting or otherwise handling the claim of Alessandrini against Salerno. The Truitt Defendants respond that they are not offering Mitchell as an expert regarding the standard of care of an insurance agent. Instead, the Truitt Defendants argue that they will have Mitchell testify regarding what an attorney representing an insured would expect in the industry from the adjuster handling the file for the insurance company.

Since the Truitt Defendants do not intend to have Mitchell offer testimony on the issue of the standard of care, the Court will grant Auto Owners' motion on this issue. However, Mitchell may testify regarding what an attorney representing an insured would expect in the industry from the adjuster handling the file for the insurance company.

Accordingly, it is ORDERED AND ADJUDGED that the motion is **GRANTED** to the extent set forth in this Order.

**DONE AND ORDERED** at Tampa, Florida, this 16th day of January, 2007.

                                                SUSAN C. BUCKLEW
                                                United States District Judge

Copies to:
Counsel of Record