UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY SALERNO,

      Plaintiff,

vs.                                      Case No. 8:04-cv-1056-T-24 MAP

AUTO OWNERS INSURANCE
COMPANY, ET AL.

      Defendants.
_____/

## **O R D E R**

This cause comes before the Court on Cross-Plaintiff Auto Owners Insurance Company's Motion to Tax Costs. (Doc. No. 203).

On January 31, 2007, the Court entered judgment in favor of Auto Owners Insurance Company ("Auto Owners") and against Curtright Truitt and Curtright C. Truitt, P.A. (Doc. No. 193). Thereafter, Auto Owners filed the instant motion to tax costs.

The Court denies Auto Owners' motion for two reasons. First, the 3.01(g) certification is faulty, as Auto Owners merely states that the parties conferred, but Auto Owners does not state whether the motion is opposed. Second, Auto Owners states in the motion that it was contemporaneously filing a Bill of Costs and declaration that itemizes the costs incurred, but neither the Bill of Costs nor the declaration was filed. There is no mention in the motion as to the amount of costs that Auto Owners is seeking. As such, the Court cannot determine an amount of costs to award.

Accordingly, it is ORDERED AND ADJUDGED that Cross-Plaintiff Auto Owners Insurance Company's Motion to Tax Costs (Doc. No. 203) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of March, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

2